1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODNEY FRAZIER** | CASE NO. 2:10-CV-01987-CMK |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |
| v. | |
| **MICHAEL J. ASTRUE Commissioner of Social Security of the United States of America,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from April 14, 2011, to May 20, 2011. This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule and out-of-town commitments the week of April 14, 2011.

/ / / /

/ / / /

/ / / /

1

Dated: April 5, 2011

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff


Dated: April 5, 2011

Benjamin B. Wagner

United States Attorney

/s/ *Shea Lita Bona*
SHEA LITA BOND
Special Assistant United States Attorney
Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED: April 14, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2