1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODNEY FRAZIER** ) | CASE NO. 2:10-CV-01987-CMK |
| ) | |
| ) | **STIPULATION AND** ~~PROPOSED~~ |
| **Plaintiff,** ) | **ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |
| v. ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| **Defendant.** ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from June 21, 2011, to ~~June 23~~, **July 1,** 2011.  This extension is required due to counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

1

2  Dated: June 21, 2011                    /s/Bess M. Brewer
                                            BESS M. BREWER
3                                           Attorney at Law

4                                           Attorney for Plaintiff

5

6
   Dated: June 21, 2011                    Benjamin B. Wagner
7
                                            United States Attorney
8
                                            /s/ Shea Lita Bona
9                                           SHEA LITA BOND
                                            Special Assistant United States Attorney
10                                          Attorneys for Defendant

11

12                                **ORDER**

13  APPROVED AND SO ORDERED.

14

15   DATED:  June 28, 2011

16
                                            /s/ Craig M. Kellison
17                                          **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28