BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8934
    Facsimile:  (415) 744-0134
    E-Mail: Shea.Bond@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| RODNEY FRAZIER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:10-cv-1987 CMK<br><br>**STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and**<br><br>**REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the following action:

    The ALJ will update the medical record with existing evidence from the treating sources, to include medical source statements; evaluate all the medical source opinions of record pursuant to the regulations; reevaluate the claimant's credibility; obtain consultative physical and psychological examinations to clarify the nature and severity of the claimant's impairments; reevaluate the severity of the claimant's physical and mental impairments at step two of the sequential evaluation; evaluate the claimant's residual functional capacity; and if warranted by the expanded record obtain vocational expert testimony at step five of the sequential evaluation.

1  The parties further request that the Clerk of the Court be directed to enter a final judgment in
2 favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of
3 the Commissioner.

                                                               Respectfully submitted,

Dated: August 29, 2011
        /s/ *Bess Brewer*
        (As authorized via email)
        BESS BREWER
        Attorney for Plaintiff

Dated: August 29, 2011
        BENJAMIN B. WAGNER
        United States Attorney
        DONNA L. CALVERT
        Acting Regional Chief Counsel, Region IX
        Social Security Administration

        /s/ *Shea Lita Bond*
        SHEA LITA BOND
        Special Assistant U.S. Attorney

IT IS SO ORDERED:

DATED: September 1, 2011

                                                               **CRAIG M. KELLISON**
                                                               UNITED STATES MAGISTRATE JUDGE