BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
     333 Market Street, Suite 1500
     San Francisco, California 94105
     Telephone:  (415) 977-8943
     Facsimile:  (415) 744-0134
     E-Mail: Shea.Bond@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| RODNEY FRAZIER,         ) | CIVIL NO. 2:10-cv-1987 CMK |
|      Plaintiff,     ) | |
|         ) | |
|      v.         ) | STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES |
|         ) | PURSUANT TO THE EQUAL ACCESS TO |
| MICHAEL J. ASTRUE,     ) | JUSTICE ACT |
| Commissioner of       ) | |
| Social Security,       ) | |
|         ) | |
|      Defendant.    ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel,

subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice

Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND, THREE-HUNDRED

DOLLARS AND ZERO CENTS ($5,300.00). This amount represents compensation for all legal

services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance

with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will

consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant

to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether

the fees and expenses are subject to any offset allowed under the United States Department of the

Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government will

determine whether they are subject to any offset.

1  Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury

2  determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of

3  fees, expenses and costs to be made directly to Bess M. Brewer, pursuant to the assignment executed by

4  Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

5  This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees

6  and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.

7  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims

8  that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in

9  connection with this action.

10  This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act

11  attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

12  Dated: December 21, 2011          /s/Bess M. Brewer
13                                    (As authorized via email)

14                                    BESS M. BREWER
                                      Attorney for Plaintiff
15
                                      BENJAMIN B. WAGNER
16                                    United States Attorney

17  Dated: December 21, 2011    By: /s/ Shea Lita Bond
                                      SHEA LITA BOND
18                                    Special Assistant United States Attorney

19

20  PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in

21  the amount of FIVE THOUSAND, THREE-HUNDRED DOLLARS AND ZERO CENTS ($5,300.00),

22  as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

23

24  DATED:  December 22, 2011

25

26  CRAIG M. KELLISON
    UNITED STATES MAGISTRATE JUDGE
27

28

2